# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA IRENE GOMEZ, | Case No. SA CV 16-950-PA (SP) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Defendant has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

\\

\\

1      IT IS THEREFORE ORDERED that Judgment be entered reversing the
2 decision of the Commissioner denying benefits, and remanding this action for
3 further administrative proceedings consistent with the Report.

Dated: November 5, 2017

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE