JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA IRENE GOMEZ, ) | Case No. SA CV 16-950-PA (SP) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social ) | |
| Security Administration, ) | |
| Defendant. ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter be **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge, and the Report and Recommendation of United States Magistrate Judge.

Dated: November 5, 2017

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE